## STATE OF TEXAS V. TODD SHIPYARDS CORPORATION

No. A-8150. Decided February 8, 1961
Rehearing overruled March 15, 1961
(343 S. W. 2d Series 241)

*Will Wilson,* Attorney General, *Fred B. Werkenthin* and *Bob E. Shannon,* Assistant Attorneys General, Austin, for petitioner.

*Liddell,* of Austin, *Dawson & Huggins, Charles R. Vickery, Jr.* and *Willis Witt,* all of Houston for respondent.

PER CURIAM.

We are of the opinion that the d e c i s i o n in this case is controlled by Allgeyer v. Louisiana, 165 U. S. 578, 17 S. Ct. 427, 41 L. ed. 832 and St. Louis Cotton Compress Company v.

State of Arkansas, 260 U. S. 346, 43 S. Ct. 125, 67 L. ed. 297. We are unwilling to take the position that in view of Osborn v. Ozlin, 310 U. S. 53, 60 S. Ct. 758, 84 L. ed. 1074 and Hoopeston Canning Co. v. Cullen, 318 U. S. 313, 63 S. Ct. 602, 87 L. ed. 777, the Supreme Court of the United States will probably over-rule the Allgeyer and Cotton Compress cases. We abide by what the Supreme Court has held and refuse to speculate upon what said Court may hold.

The application for writ of error is refused, no reversible error.